GOLDEN HILL PAUGUSSETT TRIBE OF INDIANS *v.*
TOWN OF TRUMBULL

GOLDEN HILL PAUGUSSETT TRIBE OF INDIANS *v.*
PEOPLE'S BANK

GOLDEN HILL PAUGUSSETT TRIBE OF INDIANS *v.*
TOWN OF SHELTON ET AL.

GOLDEN HILL PAUGUSSETT TRIBE OF INDIANS *v.*
TOWN OF SEYMOUR

The plaintiff's petition for certification for appeal from the Appellate Court, 49 Conn. App. 711 (AC 17243/17244/17245/17246), is denied.

BERDON, J., dissenting. I would grant the plaintiff's petition for certification to appeal.

NORCOTT and MCDONALD, Js., did not participate in the consideration or decision of this petition.

*Michael D. O'Connell,* in support of the petition.

*Susan Quinn Cobb,* assistant attorney general, in opposition.